UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BREANNA L. STEWART,

          Plaintiff,

   v.

MASON COUNTY, et al.,

          Defendant.

CASE NO. 3:23-cv-05899-TL-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND DIRECTING INSTITUTION TO CALCULATE, COLLECT, AND FORWARD PAYMENTS**

Plaintiff is a prisoner proceeding *pro se* in this civil rights action. The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, hereby finds and ORDERS as follows:

(1) The Court GRANTS plaintiff's application to proceed *in forma pauperis* (Dkt. 3).

(2) Pursuant to 28 U.S.C. § 1915, and plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

1       Subsequently, if the prisoner's account exceeds $10.00, each month the agency having

2 custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

3 prisoner's preceding month's income credited to the prisoner's account.  In the event that the

4 monthly payment would reduce the prisoner's account below $10.00, the agency should collect

5 and forward only that amount which would reduce the prisoner's account to the $10.00 level.

6 Please note that this $10.00 limit does not apply to the initial partial filing fee described above.

7 Finally, the monthly payments should be collected and forwarded to the Court until the entire

8 filing fee ($350.00) for this matter has been paid.

9       (3)    The Clerk is directed to send a copy of this Order to plaintiff, to the financial

10 officer of this Court, and to the agency having custody of plaintiff.

11       DATED this 25th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT, AND FORWARD PAYMENTS - 2