UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BREANNA L. STEWART,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MASON COUNTY et al,<br><br>　　　　　　　Defendant. | CASE NO. 3:23-cv-05899-TL-BAT<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 7). Having reviewed the Report and Recommendation, as well as the remaining record, and no objections or responses to the Report and Recommendation having been filed, ORDERS as follows:

　　　(1) The Court ADOPTS the Report and Recommendation.

　　　(2) The case is DISMISSED without prejudice.

　　　(3) The Clerk is DIRECTED to send copies of this Order to the Parties.

Dated this 4th day of December 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1